UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FRANK H. FINKEL, et al.,

        Plaintiffs,     **ORDER**
                  CV 08-661(TCP)(ARL)

  -against-

A.B. RECYCLING, LLC, et al.,

        Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

  The parties have submitted their proposed Joint Pretrial Order. After examination of the order, the court finds that it substantially complies with District Judge Platt's requirements.

  Accordingly, the Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and trial calendar of District Judge Platt.

Dated: Central Islip, New York      **SO ORDERED:**
   December 23, 2010

                    _____/s/_____
                    ARLENE ROSARIO LINDSAY
                    United States Magistrate Judge